UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 19-3656-FMO (GJSx) | Date | December 2, 2020 |
|---|---|---|---|
| Title | Kelli Ewen v. National Hockey League, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|
| E. Carson | Zoom |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| William T. Gibbs<br>Brian Gudmundson<br>Rachel Tack | Michael Menitove<br>Jack DiCanio |

**Proceedings:**   Defendant's Motion to Compel Production of Text Messages (Dkt. 108); Order

The case is called, and appearances are recited for the record.

The Court confers with counsel regarding Defendant's Motion, and grants, in part, the Motion. Plaintiff is directed to produce the cell phone at issue by Federal Express or other overnight delivery service such that it is received by Defendant's counsel no later than Monday, December 7, 2020. The cell phone will be provided to Defendant's forensic expert for extraction of text messages. The parties are directed to order a transcript of the proceedings if further detail is required.

**IT IS SO ORDERED.**

|   | : | 42 |
|---|---|---|
| Initials of Preparer | | efc |