JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants*
*NATIONAL HOCKEY LEAGUE,*
*NHL ENTERPRISES, LP AND*
*NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI EWEN, Individually, and as Personal Representative of the Estate of TODD EWEN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, et al.,<br><br>Defendants. | Case No. 2:19-cv-03656-SB-GJS<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY DISPUTE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 6C<br>Judge: Hon. Stanley Blumenfeld Jr. |

Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order (ECF No. 72) entered by this Court on December 2, 2019, Defendant the National Hockey League (the "NHL") submits this application to file under seal documents in support of its Motion for Leave to Permit Judge Standish to Resolve Ongoing Discovery Dispute, including:

- Exhibits 17 and 20 attached to the Declaration of Michael H. Menitove in support of Defendants' Motion for Leave to Permit Judge Standish to Resolve Ongoing Discovery Dispute ("Menitove Declaration");
- Portions of Exhibits 18, 23, 25 and 26 attached to the Menitove Declaration; and
- Portions of the NHL's Memorandum of Points and Authorities regarding the NHL's Motion for Leave to Permit Judge Standish to Resolve Ongoing Discovery Dispute, which quote and/or reference the exhibits identified above.

The foregoing documents contain information that has been designated as "Protected Document" by Plaintiff Kelli Ewen ("Plaintiff") pursuant to the Stipulated Protective Order.

As stated in the Stipulated Protective Order, Local Rule 79-5 sets forth the procedures to be followed when a party wishes for "Protected Material," including documents designated "Protected Document" to be filed under seal.  Under Local Rule 79-5.2.2, when, as here, a party seeks to use documents designated as confidential by another party pursuant to a protective order, the filing party must confer with the designating party in an attempt to eliminate or minimize the need for filing under seal by means of redaction.  *See* L. Civ. R. 79-5.2.2(b).  If the documents cannot be suitably redacted by agreement, the filing party may file an application to seal the documents designated by the other as confidential.  *See id*.  Within four days

1

1    of that application, the party that designated the material as confidential must

2    establish that all or part of the designated material is sealable.  *See id.*

3          The NHL informed Plaintiff that it intended to file certain documents in

4    support of its Motion for Leave to Permit Judge Standish to Resolve Ongoing

5    Discovery Dispute.  Plaintiff indicated that she maintained or asserted confidentiality

6    over certain documents and requested that the NHL file them under seal.

7          Accordingly, the NHL requests that the Court accept the above-referenced

8    documents for filing under seal because Plaintiff has maintained or asserted that

9    these documents meet the criteria for designating them "Protected Document" under

10   the Stipulated Protective Order.

11

12   Dated:  January 6, 2021              Respectfully submitted,

13
                                         /s/Jack P. DiCanio
14                                       JACK P. DICANIO (SBN 138782)
                                         SKADDEN, ARPS, SLATE,
15                                        MEAGHER & FLOM LLP
                                         300 South Grand Avenue, Suite 3400
16                                       Los Angeles, California 90071
                                         Telephone: (213) 687-5000
17                                       Facsimile: (213) 687-5600
                                         jack.dicanio@skadden.com
18
                                         JOHN H. BEISNER (SBN 81571)
19                                       SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
20                                       1440 New York Avenue, N.W.
                                         Washington, D.C.  20005-2111
21                                       Telephone:  (202) 371-7000
                                         john.beisner@skadden.com
22
                                         SHEPARD GOLDFEIN (admitted *pro*
23                                       *hac vice*)
                                         MATTHEW M. MARTINO (admitted
24                                       *pro hac vice*)
                                         MICHAEL H. MENITOVE (admitted
25                                       *pro hac vice*)
                                         SKADDEN, ARPS, SLATE,
26                                        MEAGHER & FLOM LLP
                                         One Manhattan West
27                                       New York, New York  10001-6802
                                         Telephone:  (212) 735-3000
28
                                              2

**DEFENDANTS' APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS'
MOTION FOR LEAVE TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY
DISPUTE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

shepard.goldfein@skadden.com
matthew.martino@skadden.com
michael.menitove@skadden.com

JOSEPH BAUMGARTEN (admitted *pro hac vice*)
ADAM M. LUPION (admitted *pro hac vice*)
ANDREW A. SMITH (SBN 275316)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York  10036-8299
Telephone: (212) 969-3000
jbaumgarten@proskauer.com
alupion@proskauer.com
asmith@proskauer.com

Attorneys for Defendants
NATIONAL HOCKEY LEAGUE,
NHL ENTERPRISES, LP AND
NATIONAL HOCKEY LEAGUE
BOARD OF GOVERNORS

3

**DEFENDANTS' APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS'
MOTION FOR LEAVE TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY
DISPUTE**