ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
 E-mail: caleb.marker@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Tel (877) 500-8780; Fax (877) 500-8781

ZIMMERMAN REED LLP
Brian C. Gudmundson (*pro hac vice*)
 E-mail: brian.gudmundson@zimmreed.com
Michael J. Laird (*pro hac vice*)
 E-mail: michael.laird@zimmreed.com
Rachel K. Tack
 E-mail: rachel.tack@zimmreed.com
80 S 8th Street, Suite 1100
Minneapolis, MN 55402
Tel (612) 341-0400; Fax (612) 341-0844

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI EWEN, Individually, and as Personal Representative of the Estate of TODD EWEN, Deceased,<br><br>     Plaintiff,<br><br>  v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, LP., and NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS (COLLECTIVELY, "NHL"),<br><br>     Defendants | CASE NO.: 2:19-CV-03656 (SB-GLS)<br><br>*Assigned to the Hon. Stanley Blumenfeld, Jr.*<br><br>**DECLARATION OF BRIAN C. GUDMUNDSON IN OPPOSITION TO DEFENDANTS' MOTION TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY DISPUTE** |

DECLARATION OF BRIAN C. GUDMUNDSON IN OPPOSITION TO DEFENDANTS' MOTION TO PERMIT JUDGE STANDISH TO RESOVLE ONGOING DISCOVERY DISPUTE

I am an attorney at the law firm Zimmerman Reed LLP, counsel of record in this action for Plaintiff Kelli Ewen, individually, and as Representative of the Estate of Todd Ewen, deceased ("Plaintiff"). I make this declaration based on my own personal knowledge and knowledge gained through my representation of Plaintiff in this case, and if called upon to do so, I would testify competently to the facts set forth herein.

1. Attached as Exhibit 1 is a true and correct copy of a letter from Brian Gudmundson to Michael Menitove dated December 18, 2020.

2. Attached as Exhibit 2, and pursuant to the Standing Civil Order, is a table demonstrating the relevant dates, including dates within the scheduling order and previous extensions of the discovery period.

3. Attached as Exhibit 3 is a true and correct copy of a letter from Plaintiff's counsel to the NHL's counsel dated December 7, 2020.

4. Attached as Exhibit 4 is a true and correct copy of a letter dated December 14, 2020 from Michael Menitove to Bryce Riddle.

5. Attached as Exhibit 5 is a true and correct copy of an email dated December 30, 2020 from Rachel Tack to Michael Folger.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts taken from the deposition transcript of Kelli Ewen, taken in this case on December 14, 2020.

7. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Bryce Riddle, Plaintiff's former counsel, to Michael Menitove dated October 25, 2019.

8. Attached hereto as Exhibit 8 is a true and correct copy of email correspondence dated December 8, 2020 from Brian Gudmundson to Michael Menitove.

9. Attached hereto as Exhibit 9 is a true and correct copy of the transcript of the December 2, 2020 hearing before Magistrate Judge Standish.

10. Attached hereto as Exhibit 10 is a true and correct copy of an email from Michael Menitove to Brian Gudmundson dated December 9, 2020.

---

1

DECLARATION OF BRIAN C. GUDMUNDSON IN OPPOSITION TO DEFENDANTS' MOTION TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY DISPUTE

11.   Attached hereto as Exhibit 11 is a true and correct copy of a letter from Michael Menitove dated December 10, 2019.

12.   Through comprehensive review, Plaintiff produced over 7,000 text message communications to the NHL, which included more than 900 text message communications between Plaintiff and Mr. Ewen.  Most of the text message strings produced were non-responsive to the NHL's document requests but were produced given that as little as one text message hit upon a single word in a single search term or string, as described above.  Plaintiff subsequently produced all text messages from Mr. Ewen's phone, numbering over 13,000, regardless of responsiveness.

13.   All text message communications that exist from Mr. Ewen's phone and occurred between Plaintiff and Mr. Ewen were produced to the NHL.

14.    Plaintiff is not withholding any text messages between Mr. Ewen and Plaintiff, including any texts between them from the date of Mr. Ewen's death or prior to July 22, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of January 2021 at Minneapolis, Minnesota.

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson

DECLARATION OF BRIAN C. GUDMUNDSON IN OPPOSITION TO DEFENDANTS' MOTION TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY DISPUTE