ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
  E-mail: caleb.marker@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Tel (877) 500-8780; Fax (877) 500-8781

ZIMMERMAN REED LLP
Brian C. Gudmundson (*pro hac vice*)
  E-mail: brian.gudmundson@zimmreed.com
Michael J. Laird (*pro hac vice*)
  E-mail: michael.laird@zimmreed.com
Rachel K. Tack
  E-mail: rachel.tack@zimmreed.com
80 S 8th Street, Suite 1100
Minneapolis, MN 55402
Tel (612) 341-0400; Fax (612) 341-0844

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI EWEN, Individually, and as Personal Representative of the Estate of TODD EWEN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, LP., and NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS (COLLECTIVELY, "NHL"),<br><br>Defendants | CASE NO.: 2:19-CV-03656 (SB-GLS)<br><br>*Assigned to the Hon. Stanley Blumenfeld, Jr.*<br><br>**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY DISPUTE** |

1.     Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order (ECF No. 72) entered by this Court on December 2, 2019, Plaintiff Kelli Ewen, individually, and as Personal Representative of the Estate of Todd Ewen ("Plaintiff") submits this application to file under seal documents in opposition to Defendants' Motion for Leave to Permit Judge Standish to Resolve Ongoing Discovery Dispute, including:

- Portions of the Declaration of John Bair in opposition to Defendants' Motion for Leave to Permit Judge Standish to Resolve Ongoing Discovery Dispute ("Bair Declaration") and exhibits 4, 5 and 6 attached to the Bair Declaration; and

- Portions of Plaintiff's Opposition Memorandum of Points and Authorities regarding Defendants' Motion to Permit Judge Standish to Resolve Ongoing Discovery Dispute that quote and/or reference (1) certain portions of the Declaration of John Bair, or (2) Exhibits 4, 5, and 6 as attached to the Declaration of John Bair.

2.     The forgoing documents contain information that should be and/or will be designated as "Protected Document" by Plaintiff pursuant to the Stipulated Protective Order.

3.     As stated in the Stipulated Protective Order, Local Rule 79-5 sets forth the procedures to be followed when a party wishes for "Protected Material," including documents designated as "Protected Document" or "Protected Document – Attorneys' Eyes Only," to be filed under seal. Pursuant to Local Rule 79-5.2(a), a person seeking leave of Court to file some or all of a document under seal must file an Application for Leave to File Under Seal, including a (1) declaration establishing good cause or compelling reasons and informing the Court whether anyone opposes the declaration; (2) a proposed order; a redacted version of the document labeled "REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL;" and (3) an unredacted version of the document(s) labeled "UNREDACTED VERSIOM OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL," with any proposed redaction highlighted. Each party that designates information for

1

PLAINTIFF'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN OPPOSITION TO DEFENDANTS'
MOTION TO PERMIT JUDGE STANDISH TO RESOLVE ONGOING DISCOVERY DISPUTE

protection under the Stipulated Protective Order must take care to limit any such designation to specific material that qualifies under the appropriate standards.

Here, Plaintiff has designated the documents herein as confidential, as they reference and/or rely upon information that is otherwise unavailable to the public. Disclosure of this information could cause reputation or privacy harm and is protected from disclosure under other court rules, decisions, or common law.

4. Accordingly, Plaintiff requests that the Court accept the above-referenced documents for filing under seal because Plaintiff has maintained that these documents meet the criteria for designating them as "Protected" under the Stipulated Protective Order.

Date: January 22, 2021

ZIMMERMAN REED LLP

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
80 S 8th Street, Suite 1100
Minneapolis, MN 55402
(612) 341-0400 Telephone
(612) 341-0844 Facsimile

ZIMMERMAN REED LLP
Christopher P. Ridout
Caleb Marker
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

CORBOY & DEMETRIO, P.C.
William T. Gibbs (*pro hac vice*)
33 N. Dearborn, Suite 2100
Chicago, IL 60602
(312) 346-3191 Telephone
(312) 346-5562 Facsimile

O'MARA LAW GROUP
Mark M. O'Mara (*pro hac vice*)
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
(407) 898-5151 Telephone
(407) 898-2468 Facsimile

*Attorneys for Plaintiffs*