JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants*
*NATIONAL HOCKEY LEAGUE,*
*NHL ENTERPRISES, LP AND*
*NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS*

*[Additional Counsel Listed in Signature Block]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI EWEN, Individually, and as Personal Representative of the Estate of TODD EWEN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, et al.,<br><br>Defendants. | CASE NO.: 2:19-cv-03656 FMO (GJSx)<br><br>**STATUS REPORT RE: SETTLEMENT** |

**STATUS REPORT RE: SETTLEMENT**

# STATUS REPORT RE: SETTLEMENT

Plaintiff Kelli Ewen and Defendants, the National Hockey League, NHL Enterprises, LP, and the National Hockey League Board of Governors (collectively, "Defendants" or the "NHL") (together with Plaintiff, the "Parties"), jointly submit this Status Report Re: Settlement pursuant to the Order on Joint Motion to Extend Discovery and Case Management Deadline (ECF No. 106). On March 7, 2021, the Parties held a mediation before Magistrate Judge Jeffrey J. Keyes (Retired D. Minn.), and reached an agreement in principle to settle this litigation. Since that time, the Parties have been working to memorialize their settlement in a written agreement, the terms of which will be confidential. That process is ongoing as the Parties ensure that the written agreement satisfies all applicable testamentary and other requirements. The Parties expect a final agreement to be signed in short order and anticipate submitting the appropriate documents to the Court for dismissal of the case shortly thereafter.

As a result, the Parties respectfully request that the Court extend the impending deadlines for joint summary judgment briefing by two weeks. Pursuant to the Order Granting Joint Motion for Relief from Order Setting Summary Judgment Requirements (ECF NO. 162), the current summary judgment briefing schedule requires: (1) the moving Party to deliver its portion of the joint brief on March 26, 2021; (2) the opposing Party to deliver its portion of the joint brief on April 9, 2021; and (3) filing of joint brief on April 12, 2021. With the requested two-week extension, the deadlines would be as follows:

| Event | Date |
| --- | --- |
| Moving party's portion of joint brief on summary judgment delivered | April 9, 2021 |
| Opposing party's portion of joint brief delivered | April 23, 2021 |
| Joint brief filed (set for hearing on **May 14, 2021**) | April 26, 2021 |

Date: March 19, 2021

Respectfully submitted,

/s/   Brian C. Gudmundson

/s/   Jack P. DiCanio

Brian C. Gudmundson (pro hac vice)
brian.gudmundson@zimmreed.com
Michael J. Laird (pro hac vice)
michael.laird@zimmreed.com
ZIMMERMAN REED LLP
80 S 8th Street, Suite 1100
Minneapolis, MN 55402
Tel (612) 341-0400
Fax (612) 341-0844

Christopher P. Ridout (SBN 143931)
christopher.ridout@zimmreed.com
ZIMMERMAN REED LLP
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Tel (877) 500-8780
Fax (877) 500-8781

Mark M. O'Mara (pro hac vice)
mark@omaralawgroup.com
O'MARA LAW GROUP
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Tel (407) 898-5151
Fax (407) 898-2468

Attorneys for Plaintiff
KELLI EWEN

JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOHN H. BEISNER (SBN 81571)
john.beisner@skadden.com
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005-2111
Telephone:  (202) 371-7000

SHEPARD GOLDFEIN (admitted *pro hac vice*)
shepard.goldfein@skadden.com
MATTHEW M. MARTINO (admitted *pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (admitted *pro hac vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000

JOSEPH BAUMGARTEN (admitted *pro hac vice*)
jbaumgarten@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York  10036-8299
Telephone: (212) 969-3000

Attorneys for Defendants
NATIONAL HOCKEY LEAGUE,
NHL ENTERPRISES, LP AND
NATIONAL HOCKEY LEAGUE
BOARD OF GOVERN

2
**STATUS REPORT RE: SETTLEMENT**

**ATTORNEY ATTESTATION**

I, Jack P. DiCanio, am the ECF User whose ID and password are being used to file the Joint Motion to Extend Discovery and Case Management Deadlines. In compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

s/ *Jack P. DiCanio*
Jack P. DiCanio
Attorney for Defendants